STATE OF NEW JERSEY v. JOSE SERRANO.

February 27, 1987.

Petition for certification denied.  (See 213 *N.J.Super.* 419)

STATE OF NEW JERSEY v. THOMAS CITO.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOE N. JONES.

February 27, 1987.

Petition for certification denied.  (See 214 *N.J.Super.* 68)

STATE OF NEW JERSEY v. JOE N. JONES.

February 27, 1987.

Cross-petition for certification denied.  (See 214 *N.J.Super.* 68)